# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TRUSTEES** * | |
| Plaintiff | |
| * | |
| vs. | Civil No.: S-02-2947 |
| * | |
| **DESIGN CONSULTANTS** | |
| Defendant * | |
| ****** | |

## ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendant within 120 days after the filing of the complaint, it is, this 10 day of January 2003,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

FREDERIC N. SMALKIN
United States District Judge

U.S. District Court (Rev. 1/2000)

